IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| VAN SHUN TRAYWICK, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:18cv560-MHT |
| | ) | (WO) |
| ALABAMA BOARD OF | ) | |
| ADJUSTMENT, | ) | |
| | ) | |
|     Defendant. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit asserting wrongful seizure of several thousand dollars by the Montgomery County Sheriff Department. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation

should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of July, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE